IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**
**D.O.C. # 139647,**

    *Plaintiff*,

v.                                      Case No.: 4:22cv69-MW/MAF

**RICKY DIXON, Secretary of**
**the Florida Department of**
**Corrections, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Plaintiff's objections, ECF No. 13. Despite the Magistrate Judge's instructions, *see* ECF No. 9, Plaintiff has not alleged facts which show a plausible basis to find that he is in imminent danger of serious physical injury. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 12, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** for failure to demonstrate imminent danger as required by 28 U.S.C. § 1915(g)." Plaintiff's motion for

preliminary injunction, ECF No. 3, is **DENIED as moot**. The Clerk shall terminate ECF No. 10 and close the file.

    **SO ORDERED on April 13, 2022.**

                                  <u>s/Mark E. Walker</u>
                                  **Chief United States District Judge**