IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**
**D.O.C. # 139647,**

    *Plaintiff*,

v.                                                               Case No.: **4:22cv69-MW/MAF**

**RICKY DIXON, Secretary of**
**the Florida Department of**
**Corrections, et al.,**

    *Defendants*.

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Plaintiff's objections, ECF No. 17. This Court understands the Magistrate Judge's position on a number of issues with Plaintiff's allegations regarding imminent danger of serious physical injury. For example, this Court agrees that the Plaintiff's conclusory assertion that Defendant Dixon agreed to allow Plaintiff to be abused is simply insufficient to make a showing of imminent danger. However, this case presents an extraordinarily close call with respect to the imminent danger exception; for example, Plaintiff's allegation that he was threatened with a transfer to Florida State Prison, where he would allegedly be placed in a close management cell, starved, and then transferred

back to Wakulla C.I. Plaintiff has apparently been transferred to Florida State Prison following that threat. Based on this threat and subsequent transfer, this Court finds that—although an extremely close call—Plaintiff has satisfied the imminent danger exception under 28 U.S.C. § 1915(g). Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 12, is **rejected**. Plaintiff is allowed to proceed *in forma pauperis* because he has demonstrated imminent danger under 28 U.S.C. § 1915(g). This action is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 3, 2022.**

s/Mark E. Walker            
**Chief United States District Judge**