IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,
D.O.C. # 139647,

    *Plaintiff*,

v.                                    Case No.: 4:22cv69-MW/MAF

RICKY DIXON, Secretary of
the Florida Department of
Corrections, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Plaintiff's objections, ECF No. 33. Despite Plaintiff's filing a third amended complaint, ECF No. 37, in accordance with the Magistrate Judge's order, ECF No. 28, Plaintiff has failed to establish that he is entitled to the extraordinary and drastic remedy of a preliminary injunction for many of the same reasons associated with the second amended complaint, as set out in the report and recommendation.[1] Namely, Plaintiff still

---

[1] If Plaintiff's allegations had materially changed from his second to his third amended complaint, this Court would have directed the Magistrate Judge to review the third amended complaint in conjunction with his motion for preliminary injunction as a matter of first impression. However, the same material allegations are present in both versions of the complaint.

alleges that, while he seeks an injunction transferring him to another facility with protective management procedures, ECF No. 3 at 2, only two facilities in the state—Wakulla C.I. and Columbia C.I.—house protective management inmates, ECF No. 37 at 14-15. But Plaintiff also alleges that he was moved from Columbia C.I. to Wakulla C.I. due to "a plan to murder Plaintiff there," *id*. at 15, and that he is set to be transferred back to Wakulla C.I., where "[t]he security threat group Gangster Disciples has become involved and are attempting to murder Plaintiff." *Id*. at 16. Based on Plaintiff's allegations, transferring him to either of the two facilities that house protective management inmates would likely endanger him.[2] Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 29, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 3, is **DENIED**. This matter is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 23, 2022.**

s/Mark E. Walker<br>**Chief United States District Judge**

---

[2] This Court also notes that it rejected the Magistrate Judge's prior recommendation regarding whether Plaintiff had established imminent danger to proceed *in forma pauperis*; however, in so doing, this Court applied a different standard at the pleading stage. Here, Plaintiff has failed to satisfy his higher burden to establish a substantial likelihood of success on the merits and irreparable harm to entitle him to preliminary injunctive relief.