IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M CASEY,**

   *Plaintiff*,

v.                                                 Case No.: 4:22cv69-MW-MAF

**RICKY DIXON et al,**

   *Defendants*.

_____/

**ORDER ACCEPTING IN PART AND REJECTING IN PART
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 66. The Magistrate Judge denies Plaintiff's motion to disqualify, ECF No. 62, and recommends denying Plaintiff's second motion for preliminary injunction, ECF No. 63, based in part on the fact that Plaintiff was located at Florida State Prison at the time of drafting the report and recommendation. *See* ECF No. 66 at 4 ("The only prison officials who are in a position to alter Plaintiff's housing status are officials who are located at FSP, with Plaintiff, and those persons are unknown to the Court."). However, after the Magistrate Judge entered his report and recommendation, this Court was notified that Plaintiff had been transferred to Wakulla Correctional Institution. *See* ECF No. 67.

Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 66, is **accepted in part and rejected in part**. This Court accepts the Magistrate Judge's decision to deny the motion to disqualify; however, because Plaintiff has now been moved to Wakulla Correctional Institution, *see* ECF No. 67, this Court rejects the recommendation to deny Plaintiff's second motion for preliminary injunction. The case is remanded to the Magistrate Judge for further evaluation of Plaintiff's motion, ECF No. 63, given the change in circumstances.

**SO ORDERED on August 29, 2022.**

s/Mark E. Walker                    
**Chief United States District Judge**