IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,

    *Plaintiff*,

v.                                                           Case No.: 4:22cv69-MW/MAF

COLONEL PROCTOR, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 137, and has also reviewed *de novo* Plaintiff's objections, ECF No. 141.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 141, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's request to file a sixth amended complaint, ECF No. 133, is **DENIED**. Plaintiff's motions for preliminary injunction, ECF Nos. 81 and 116, are **DENIED**. This case is remanded

to the Magistrate Judge for further proceedings.

**SO ORDERED on February 21, 2023.**

**<u>s/Mark E. Walker</u>**
**Chief United States District Judge**
