# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BRIAN M. CASEY,

    *Plaintiff*,

v.                                Case No.: 4:22cv69-MW/MAF

COLONEL PROCTOR, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 154, and has also reviewed *de novo* Plaintiff's objections, ECF No. 155.[1] Plaintiff raises several arguments, but none help his claim here.

The Magistrate Judge's well-reasoned Report and Recommendation sets out—in detail—the barrage of filings from Plaintiff that indicate he is not seeking to amend his complaint in good-faith. Under Federal Rule of Civil Procedure 15(a)(2), when an amendment may not be filed as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The

---

[1] To the extent Plaintiff appeals the Magistrate Judge's order directing that Plaintiff's objections be deemed timely filed and referring these objections to this Court, *see* ECF No. 154 at 5–6, this appeal is **DENIED**. This Court finds that no portion of the Magistrate Judge's order is "clearly erroneous or contrary to law" under 28 U.S.C. § 636(b)(1)(A).

court should freely give leave when justice so requires." This Court finds that, in light of the procedural history of this case, justice does not require this Court to grant Plaintiff leave to file an eighth amended complaint. Plaintiff's unsubstantiated, incredible claims of selective forgery and fraud conducted by the prison officials handling his legal mail do not merit a different result. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 154, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion to file a eighth amended complaint, ECF No. 149, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 23, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**